AO 442 (Rev. 1/28/26) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCV USMS JACKSONVILLE
2026 JAN 29 AM 10:01

FEB 4 2026 PM 2:18
FILED - USDC - FLMD - JAX

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:26-cr-15-JEP-PDB |
| | ) | |
| KIAH HOLLY | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*   Kiah Holly

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Marriage Fraud
In violation of 18 U.S.C. § 371

Date: 1/29/26

*Issuing officer's signature*   Betsy Davis

City and state:   Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/26, and the person was arrested on *(date)* 2/4/26
at *(city and state)* Baltimore, MD.

Date: 2/4/26

*Arresting officer's signature*

Joseph Nichols   SDUSM
*Printed name and title*